CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 09 2013

JULIA C. DUDLEY, CLERK
BY: HMcCraa
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:09-cr-00024-2 |
| | ) | |
| v. | ) | **§ 2255 ORDER** |
| | ) | |
| WILLIAM ALONZO TAYLOR, | ) | By: Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for the United States.

ENTER: This 9th day of July, 2013.

Senior United States District Judge