CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 23 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonaQol
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:09-cr-00024-2 |
| v. | § 2255 MEMORANDUM OPINION |
| WILLIAM ALONZO TAYLOR,<br>Petitioner. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

William Alonzo Taylor, a federal inmate proceeding pro se, filed a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255. Court records indicate that petitioner filed a prior § 2255 motion about the same conviction and/or sentence (ECF no. 139) that I dismissed (ECF no. 143). Thus, petitioner's current § 2255 motion is a second or subsequent one under 28 U.S.C. § 2255(h).

A district court may consider a second or successive § 2255 motion only upon specific certification from the Fourth Circuit Court of Appeals that the claims in the motion meet certain criteria. See 28 U.S.C. § 2255(h). As petitioner has not submitted any evidence of having obtained certification from the United States Court of Appeals for the Fourth Circuit to file a second or successive § 2255 motion, I dismiss petitioner's § 2255 motion without prejudice as successive. Based upon my finding that petitioner has not made the requisite substantial showing of denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is denied.

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to petitioner and counsel of record for the United States.

ENTER: This 23rd day of July, 2013.

Senior United States District Judge