CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 23 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

**UNITED STATES OF AMERICA** — **Case No. 4:09-cr-00024-2**

**v.** — **§ 2255 ORDER**

**WILLIAM ALONZO TAYLOR,**
**Petitioner.**

**By: Hon. Jackson L. Kiser**
**Senior United States District Judge**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED without prejudice as successive**, a certificate of appealability is **DENIED**, and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for the United States.

ENTER: This 23rd day of July, 2013.

Jackson L. Kiser
Senior United States District Judge